# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1968

_____

Kallys Albert, Sr.

*Plaintiff - Appellant*

v.

Principal Financial Group; Principal Life Insurance Company

*Defendants*

Orion Associates; Meridian Services, Inc.; Stephen Hage

*Defendants - Appellees*

John Doe

*Defendant*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: December 2, 2014
Filed: December 9, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Kallys Albert, Sr., appeals the district court's[1] adverse grant of summary judgment in his action under the Employee Retirement Income Security Act. Upon de novo review of the record, see Silva v. Metro. Life Ins. Co., 762 F.3d 711, 718 (8th Cir. 2014), we agree with the district court that Albert failed to meet his burden of designating specific facts creating triable questions of fact, see Crossley v. Ga.-Pac. Corp., 355 F.3d 1112, 1113-14 (8th Cir. 2004) (per curiam). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.